## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Village of Old Milll Creek, et al.

                              Plaintiff,

v.                                                                   Case No.: 1:17–cv–01163
                                                                     Honorable Manish S. Shah

Anthony Star

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 12, 2017:

        MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time [62] is granted. Defendants' reply briefs in support of the motions to dismiss are now due 5/17/17. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.