# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VILLAGE OF OLD MILL CREEK, *et al.*, | |
| Plaintiffs, | No. 17 CV 1163 |
| v. | Judge Manish S. Shah |
| ANTHONY M. STAR, | Magistrate Judge Susan E. Cox |
| Defendant. | |

### PLAINTIFFS' SUBMISSION OF SUPPLEMENTAL MATERIAL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Patrick N. Giordano
GIORDANO & ASSOCIATES, LTD.
1710 Wesley Avenue
Evanston, Illinois
patrickgiordano@dereglaw.com
Telephone: 847-905-0539

Paul G. Neilan
LAW OFFICES OF PAUL G. NEILAN, P.C.
1954 First Street #390
Highland Park, Illinois 60035
pgneilan@energy.law.pro
Telephone: 847-266-0464

Dated: June 26, 2017                    *Attorneys for Plaintiffs*

As supplemental material in support of Plaintiffs' pending motion for preliminary injunction, Plaintiffs respectfully submit the attached electricity bill to Plaintiff Ferrite International Company from Commonwealth Edison Company ("ComEd"). This bill and ComEd's bills to other retail customers contain Zero Emission Standard charges of .195 cents per kWh for electricity delivered in May 2017 despite the fact that Illinois Public Act 99-0906 did not become effective until June 1, 2017.

Dated: June 26, 2017                                   Respectfully submitted,

                                                       By:  /s/ Patrick N. Giordano
                                                            Patrick N. Giordano


                                                       Patrick N. Giordano
                                                       GIORDANO & ASSOCIATES, LTD.
                                                       1710 Wesley Avenue
                                                       Evanston, Illinois
                                                       patrickgiordano@dereglaw.com
                                                       Telephone: 847-905-0539


                                                       Paul G. Neilan
                                                       LAW OFFICES OF PAUL G. NEILAN, P.C.
                                                       1954 First Street #390
                                                       Highland Park, Illinois 60035
                                                       pgneilan@energy.law.pro
                                                       Telephone: 847-266-0464


                                                       *Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I certify that on June 26, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users.

By: /s/ Paul G. Neilan
Paul G. Neilan