

**ComEd**
An Exelon Company

**Visit ComEd.com**
**Customer Service / Power Outage**
**English**
1.877.4COMED1 (1.877.426.6331)
**Español**
1.800.95.LUCES (1.800.955.8237)
**Hearing/Speech Impaired**
1.800.572.5789 (TTY)

Page 1 of 3
**Account Number**  0270626009
Name  FERRITE INT
Service Location  39105 N MAGNETICS BLVD
WADSWORTH
Phone Number  847-249-4900

Issue Date  June 13, 2017

| Bill Summary | |
|---|---:|
| Previous Balance | $21,026.71 |
| Total Payments | $0.00 |
| Amount Due on June 28, 2017 | $45,922.62 |

**Your Usage Profile**
**13-Month Usage (Total kWh)**

387340
193670
0
J J A S O N D J F M A M J

**Electric Usage**

| Month | kWh |
|---|---|
| Jun-16 | 334600 |
| Jul-16 | 311622 |
| Aug-16 | 324208 |
| Sep-16 | 314308 |
| Oct-16 | 311076 |
| Nov-16 | 314855 |
| Dec-16 | 363642 |
| Jan-17 | 307702 |
| Feb-17 | 387334 |
| Mar-17 | 284601 |
| Apr-17 | 324069 |
| May-17 | 331775 |
| Jun-17 | 367015 |

| Month Billed | Average Daily kWh | Temp |
|---|---|---|
| Last Year | 10456.3 | 66 |
| Last Month | 11440.5 | 53 |
| Current Month | 11469.2 | 66 |

### Meter Information

| Read Dates | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Difference | Multiplier X | Usage |
|---|---|---|---|---|---|---|---|---|
| 6/7-6/12 | 230179511 | General Service | Total kWh | Actual | Actual | | | 74 |
| 6/7-6/12 | 230179511 | General Service | On Pk kW | Actual | Actual | | | 2.10 |
| 6/7-6/12 | 230211726 | General Service | Total kWh | Actual | Actual | | | 32137 |
| 6/7-6/12 | 230211726 | General Service | On Pk kW | Actual | Actual | | | 540.16 |
| 6/7-6/12 | 230211729 | General Service | Total kWh | Actual | Actual | | | 22330 |
| 6/7-6/12 | 230211729 | General Service | On Pk kW | Actual | Actual | | | 283.80 |
| 5/11-6/7 | 230231963 | General Service | Total kWh | Actual | Actual | | | 173951 |
| 5/11-6/7 | 230231963 | General Service | On Pk kW | Actual | Actual | | | 547.60 |
| 5/11-6/7 | 230231965 | General Service | Total kWh | Actual | Actual | | | 137986 |
| 5/11-6/7 | 230231965 | General Service | On Pk kW | Actual | Actual | | | 423.84 |
| 5/11-6/7 | 230278542 | General Service | Total kWh | Actual | Actual | | | 537 |
| 5/11-6/7 | 230278542 | General Service | On Pk kW | Actual | Actual | | | 2.79 |

**Service from 5/11/2017 to 6/12/2017 - 32 Days**  **Commercial Hourly - 1000 kW to 10MW**

**Electricity Supply Services**  $15,275.88

| | | | | |
|---|---|---|---|---:|
| Electricity Supply Charge | 367,015 kWh | | | 11,057.22 |
| Transmission Services Charge | 367,015 kWh | X | 0.00844 | 3,097.61 |
| Capacity Charge | 543.67 kW | X | 4.69477 | 2,552.41 |

For Electric Supply Choices visit
pluginillinois.org

(continued on next page)

---

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company

To pay by phone call **1-800-588-9477**.
A convenience fee will apply.

0109282 01 AV 0.370 **AUTO T5 0 1117 60083-039999 -C02-B1-P09291-I1 45 C



FERRITE INT
PO BOX 399
WADSWORTH, IL 60083-0399

Account Number
**0270626009**

Payment Amount



Please pay this
amount by 6/28/2017   $45,922.62

COMED
PO BOX 6112
CAROL STREAM, IL 60197-6112



0270626009000000000071790000001

|  |  |  |  |
|---|---|---|---|
| Purchased Electricity Adjustment |  |  | -1,835.08 |
| Misc Procurement Component Chg | 367,015 kWh X | 0.00110 | 403.72 |

### Delivery Services - ComEd $6,999.87

|  |  |  |  |
|---|---|---|---|
| Customer Charge |  |  | 494.86 |
| Standard Metering Charge |  |  | 30.80 |
| Distribution Facilities Charge | 826.06 kW X | 7.00000 | 5,782.42 |
| IL Electricity Distribution Charge | 367,015 kWh X | 0.00116 | 425.74 |
| Meter Lease |  |  | 3.30 |
| Nonstandard Facilities Charge |  |  | 262.75 |

### Taxes and Other $2,304.76

|  |  |  |  |
|---|---|---|---|
| Environmental Cost Recovery Adj | 367,015 kWh X | 0.00026 | 95.42 |
| Renewable Portfolio Standard | 367,015 kWh X | 0.00094 | 344.99 |
| Zero Emission Standard | 367,015 kWh X | 0.00195 | 715.68 |
| Franchise Cost | $6,994.57 X | 0.63500% | 44.42 |
| State Tax |  |  | 1,104.25 |

### Total Current Charges $24,580.51

### Miscellaneous $21,342.11

|  |  |
|---|---|
| Charges from previous bill | 20,707.99 |
| Current late payment charge (s) - electric | 315.40 |
| Previous late payment charge (s) - electric | 318.72 |

### Total Amount Due $45,922.62

(continued on next page)

12% total recycled fiber

CME906R 03/10

When you provide a check as payment, you authorize us to use information from your check either to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.