UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VILGE OF OLD MILL CREEK, ) <br> FERRITE INTERNATIONAL COMPANY, ) <br> GOT IT MAID, INC., NAFSICA ZOTOS, ) <br> ROBERT DILLON, RICHARD OWENS ) <br> and ROBIN HAWKINS, both individually ) <br> and d/b/a ROBIN'S NEST, ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ANTHONY STAR, in his official capacity ) <br> as Director of the Illinois Power Agency, ) <br> ) <br> Defendant. ) | No. 17-cv-1163 <br> Hon. Manish S. Shah <br> Magistrate Judge Susan E. Cox |

## PLAINTIFFS' NOTICE OF APPEAL

      Plaintiffs appeal to the United States Court of Appeals for the Seventh Circuit the July 14, 2017 Memorandum Opinion and Order dismissing Plaintiff's complaint in part for lack of subject-matter jurisdiction and in part for failure to state a claim.

                              VILLAGE OF OLD MILL CREEK, FERRITE
                              INTERNATIONAL COMPANY, GOT IT MAID, INC.,
                              NAFSICA ZOTOS, ROBERT DILLON, RICHARD
                              OWENS and ROBIN HAWKINS, both individually and
                              d/b/a ROBIN'S NEST

                        By:          /s/ Patrick N. Giordano
                                      One of Their Attorneys

                              Patrick N. Giordano
                              GIORDANO & ASSOCIATES, LTD.
                              1710 Wesley Avenue
                              Evanston, IL 60201
                              847.905.0539
                              patrickgiordano@dereglaw.com

                              Paul G. Neilan
                              LAW OFFICES OF PAUL G. NEILAN, P.C.
                              1954 First St. #390
                              Highland Park, IL 60035
                              847.266.0464

pgneilan@energy.law.pro

Stuart J. Chanen
VALOREM LAW GROUP
218 N. Jefferson St.
Suite 300
Chicago, IL 60661
312-676-5480
Stuart.Chanen@valoremlaw.com

**PROOF OF SERVICE**

I, Paul G. Neilan, an attorney, on oath state that I filed this notice with the District Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, via the ECF filing system on July 17, 2017, prior to 5:00 p.m.

                VILLAGE OF OLD MILL CREEK, FERRITE INTERNATIONAL COMPANY, GOT IT MAID, INC., NAFSICA ZOTOS, ROBERT DILLON, RICHARD OWENS and ROBIN HAWKINS, both individually and d/b/a ROBIN'S NEST

By:        /s/ Paul G. Neilan
            One of Their Attorneys

LAW OFFICES OF PAUL G. NEILAN, P.C.
1954 First St. #390
Highland Park, IL 60035
847.266.0464
pgneilan@energy.law.pro