# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 17, 2017

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 17-2433
>
> Caption:
> VILLAGE OF OLD MILL CREEK, et al.,
> Plaintiffs - Appellants
>
> v.
>
> ANTHONY STAR, in his official capacity as Director of the Illinois Power Agency,
> Defendant - Appellee
>
> and
>
> EXELON GENERATION COMPANY, LLC,
> Intervening Defendant - Appellee

> District Court No: 1:17-cv-01163
> Clerk/Agency Rep Thomas G. Bruton
> District Judge Manish S. Shah
>
> Date NOA filed in District Court: 07/17/2017

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)